FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2023
     SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Diego Alberto CANO (a/k/a "Sisqo")     **CASE NO.** 2:23-CR-46-MKD-3

TOTAL # OF COUNTS: 1     ✓ FELONY     ☐ MISDEMEANOR     ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Conspiracy to Distribute 500 Grams or More of Methamphetamine and 400 Grams or More of Fentanyl | CAG not less than 10 years and no more than a life term; and/or $10,000,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment; denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a |
| | 21 U.S.C. § 853; 28 U.S.C. § 2461(c), 49 U.S.C. § 80303, 26 U.S.C. § 5872 | Forfeiture Allegations | |