# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:23-CR-0046-MKD-3 |
| v. | |
| DIEGO ALBERTO CANO (a/k/a "Sisqo"), | Writ of Habeas Corpus Ad Prosequendum |
| Defendant. | |

TO: Superintendent, Washington Corrections Center (WCC), and to any United States Marshal

GREETINGS

The Court hereby ORDERS you to deliver the body of now in your custody before the Honorable James A. Goeke, Magistrate Judge of the United States District Court, in the United States Courthouse, 920 West Riverside, Spokane, Washington, on June 13, 2023, at the hour of 1:30 p.m., in order that the said Defendant in the above-entitled case may then and there be present for an arraignment at said time and place, and also at such other times as may be ordered by the said Court, and have you then and there this writ.

Writ of Habeas Corpus Ad Prosequendum - 1

The delivery of the body of said DIEGO ALBERTO CANO, to the courtroom of said United States District Court, as aforesaid, and then return to you of said Defendant to your custody shall be deemed sufficient compliance with the writ.

WITNESS the Honorable James A. Goeke, Magistrate Judge of the United States District Court for the Eastern District of Washington.



Issued on
1:38 pm, May 22, 2023

SEAN McAVOY, Clerk
United States District Court
Eastern District of Washington

Writ of Habeas Corpus Ad Prosequendum - 2